# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

---

### NO. 03-22-00431-CR

---

**John Paul Desmarais, Appellant**

**v.**

**The State of Texas, Appellee**

---

### FROM THE COUNTY COURT AT LAW NO. 5 OF TRAVIS COUNTY
### NO. C-1-CR-16-153196, THE HONORABLE JOHN LIPSCOMBE, JUDGE PRESIDING

---

### M E M O R A N D U M   O P I N I O N

Appellant John Paul Desmarais seeks to appeal his 2017 class-B misdemeanor conviction and sentence for terroristic threat. *See* Tex. Penal Code § 22.07. Desmarais filed his notice of appeal on July 15, 2022, well beyond the deadline for filing a notice of appeal. *See* Tex. R. App. P. 26.2(a) (providing that notice of appeal must be filed within thirty days after day sentence is imposed or suspended in open court, or within ninety days if motion for new trial is timely filed). Because Desmarais's notice of appeal was untimely, we lack jurisdiction over this appeal. *See Taylor v. State*, 424 S.W.3d 39, 43 (Tex. Crim. App. 2014) ("A timely notice of appeal is necessary to invoke a court of appeals'[] jurisdiction."); *Slaton v. State*, 981 S.W.2d 208, 210 (Tex. Crim. App. 1998) ("If an appeal is not timely perfected, a court of appeals does not obtain jurisdiction to address the merits of the appeal.").

Accordingly, we dismiss the appeal for want of jurisdiction.[1]

_____

Edward Smith, Justice

Before Chief Justice Byrne, Justices Triana and Smith

Dismissed for Want of Jurisdiction

Filed:  December 23, 2022

Do Not Publish

_____

[1] In addition, all pending motions are dismissed as moot.